No. 89–1510.  KLEEMANN ET AL. *v.* MCDONNELL DOUGLAS CORP.  C. A. 4th Cir.  Certiorari denied.  JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 89–1529.  DOWD, SUPERINTENDENT, FARMINGTON CORRECTIONAL CENTER *v.* CHITWOOD.  C. A. 8th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 89–1532.  FLIGHT ENGINEERS' INTERNATIONAL ASSN., PAA CHAPTER, AFL–CIO *v.* PAN AMERICAN WORLD AIRWAYS, INC., ET AL.  C. A. 2d Cir.  Certiorari denied.  JUSTICE WHITE would grant certiorari.

No. 89–7216.  BROWN *v.* DIXON, WARDEN.  C. A. 4th Cir.; and

No. 89–7218.  THOMAS *v.* JONES, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 88–7459.  JONES *v.* SOUTH CAROLINA, 494 U. S. 1060;

No. 89–1222.  AHKTAR, DBA CIRCLE MOBIL *v.* BIRD OIL CO., 494 U. S. 1030;

No. 89–1267.  ROSENTHAL *v.* STATE BAR OF CALIFORNIA, 494 U. S. 1066;

No. 89–1291.  MOSHKELGOSHA ET AL. *v.* PRINCE GEORGE'S COUNTY, MARYLAND, 494 U. S. 1067;

No. 89–5624.  SMITH *v.* SOUTH CAROLINA, 494 U. S. 1060;

No. 89–6333.  DAVIS *v.* MISSISSIPPI, 494 U. S. 1074; and

No. 89–6633.  SPIVEY *v.* KEMP, WARDEN, 494 U. S. 1074.  Petitions for rehearing denied.

No. 88–6456.  SAYLES *v.* CIRCUIT COURT OF BEDFORD COUNTY, VIRGINIA, 489 U. S. 1087.  Motion for leave to file petition for rehearing denied.